UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br><br>Defendant. | Case No.:10-CV-10456 |

### DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant Massachusetts Bay Transportation Authority ("MBTA") hereby moves to dismiss the amended complaint (Docket No. 20) filed in the above-captioned action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 15(a)(3).[1] The grounds for this motion are set forth in the MBTA's accompanying Memorandum of Law.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the MBTA requests oral argument on this motion.

Respectfully submitted,
/s/ Eduardo A. Gonzalez
Adam M. Weisberger, BBO #646844
Michael C. Gilleran, BBO #192210
Eduardo A. González, BBO #658348
ADLER POLLOCK & SHEEHAN P.C.
aweisberger@apslaw.com
mgilleran@apslaw.com
egonzalez@apslaw.com
175 Federal Street, 10th Floor
Boston, MA  02110
Phone: (617) 482-0600
Fax: (617) 482-0604

---

[1] Because Arrivalstar has filed an amended complaint in this action, the MBTA considers its original motion to dismiss (Docket No. 17) moot. See In re Biopure Corp. Derivative Litigation, 424 F. Supp. 2d 305, 307 (D. Mass. 2006)("With the filing of the Second Amended Complaint, the defendants' pending motion to dismiss becomes moot.")

Dated: May __, 2010

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)

The undersigned counsel hereby certifies that a good faith attempt was made to eliminate and narrow the issues raised in this motion by conferring with Plaintiff's counsel.

Dated: May 19, 2010                           /s/ Eduardo A. Gonzalez

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2010, I served a true copy of the within by electronic means (ECF) to the following:

William E. Hilton, Esq.
Matthew E. Connors
Gauthier & Connors LLP
225 Franklin Street, Suite 2300
Boston, MA  02110

Dated: May 19, 2010                           /s/ Eduardo A. Gonzalez

*532825_1.doc*