**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, </br> </br> Plaintiffs, </br> vs. </br> </br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY </br> </br> Defendant. | ) ) ) ) ) **Case No.:10-CV-10456** ) ) ) ) ) ) |

## MOTION FOR A CONTINUANCE

## OF THE HEARING SET FOR JUNE 28, 2010

The plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, by and through their attorney of record, William E. Hilton, hereby move for a continuance of the Hearing on defendant Massachusetts Bay Transportation Authority's Motion to Dismiss currently set for June 28, 2010.

The Court yesterday issued a notice setting a hearing before the Honorable Magistrate Judge Judith G. Dein on June 28, 2010 at 12:00PM for defendant's Motion to Dismiss (Dkt. 17). Lead counsel for plaintiffs, Anthony E. Dowell, has a personal (family) conflict on that date, and plaintiffs ask that the court re-schedule the Hearing for any of the following dates: June 23, 2010 – June 25, 2010, July 1, 2010, July 2, 2010, July 6, 2010, July 19, 2010 or July 20, 2010.

Counsel for defendant, Adam M. Weisberger, advised William Hilton that defendant has no objection to the relief sought by this motion, and in particular no conflict for any of the days presented above.

WHEREFORE, the plaintiffs, ArrivalStar S.A. and Melvino Technologies Ltd. respectfully request that the Court grant a continuance of the Hearing on defendant's Motion to Dismiss (Dkt. 17) to any of June 23, 2010 – July 25, 2010, July 1, 2010, July 2, 2010, July 6, 2010, July 19, 2010 and July 20, 2010.

Dated: June 10, 2010							Respectfully submitted,

							__s/William E. Hilton_____

							William E. Hilton, BBO #559515
							Matthew E. Connors, BBO #557105
							Gauthier & Connors LLP
							225 Franklin Street, Suite 2300
							Boston, Massachusetts   02110
							(617) 426-9180

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to persons indicated as non-registered participants on June 10, 2010 by First Class Mail.

	/s/William E. Hilton
	William E. Hilton