**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, ) ) ) ) | |
| Plaintiffs, ) ) | Case No.   10-CV-10456 |
| v. ) ) | |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY ) ) ) ) | |
| Defendant. ) ) | |

**JOINT MOTION TO CONTINUE HEARING OF DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S MOTION TO DISMISS**

Plaintiffs Arrivalstar S.A. and Melvino Technologies Limited and Defendant Massachusetts Bay Transportation Authority ("MBTA," and with Plaintiffs, the "Parties") hereby move for a continuance of six (6) weeks of the hearing on the MBTA's pending motion to dismiss, currently scheduled for this Friday, June 25, 2010 at 3 p.m.  As grounds for this motion, the Parties state that they have agreed on the principal terms of a settlement of their dispute, but require additional time to finalize settlement.  Assuming, as the Parties expect, that they are able to finalize settlement, Plaintiffs will file a notice or stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) prior to the requested new hearing date.

For the reasons stated above, the motion should be granted.

538894.1

    Respectfully submitted,

| Plaintiffs, | Defendant, |
|---|---|
| Arrivalstar S.A. and<br>Melvino Technologies Limited | Massachusetts Bay Transportation Authority |
| By their attorneys, | By its attorneys, |
| /s/ William E. Hilton_____<br>William E. Hilton, BBO # 559515<br>whilton@gc-law.com<br>Mathew E. Connors, BBO #55710<br>mconnors@gc-law.com<br>Gauthier & Connors LLP<br>225 Franklin Street, Suite 2300<br>Boston, Massachusetts 02110<br>(617) 426-9180 | /s/ Eduardo A. González<br>Adam M. Weisberger, BBO # 646844<br>aweisberger@apslaw.com<br>Michael C. Gilleran, BBO # 192210<br>mgilleran@apslaw.com<br>Brian R. Birke, BBO# 652720<br>bbirke@apslaw.com<br>Eduardo A. González, BBO# 658348<br>egonzalez@apslaw.com<br>Adler Pollock & Sheehan P.C.<br>175 Federal Street, 10th Floor<br>Boston, Massachusetts 02110<br>617-482-0600 |
| /s/ Anthony E. Dowell_____<br>Anthony E. Dowell<br>Dowell Baker P.C.<br>201 Main Street<br>Suite 701<br>Lafayette, IN 47901<br>765-429-4004<br>aedowell@dowellbaker.com | |
| /s/ Geoffrey D. Smith_____<br>Geoffrey D. Smith<br>Dowell Baker, P.C.<br>201 Main Street<br>Suite 701<br>Lafayette, IN 47901<br>765-429-4004<br>gsmith@dowellbaker.com | |

538894.1

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)**

  The undersigned counsel hereby certifies that a good faith attempt was made between all counsel to eliminate and narrow the issues raised in this motion.

               /s/ Eduardo A. Gonzalez
                 Eduardo A. González

Dated: June 21, 2010

**CERTIFICATE OF SERVICE**

  I, Eduardo A. González, certify that a true and correct copy of this Motion was filed through the ECF System on June 21, 2010 and will be sent electronically to all counsel of record.

               /s/ Eduardo A. González
                 Eduardo A. González