**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | ) | |
| Plaintiffs, | ) | **Case No.:10-CV-10456** |
| vs. | ) | |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, and Defendant Massachusetts Bay Transportation Authority, by and through their respective undersigned counsel of record, hereby stipulate to and agree that this action, including all claims and any counterclaims asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and with all rights of appeal being waived.

Dated: July 15, 2010

Respectfully submitted,

/s/ Eduardo A. Gonzalez
Adam Weisberger, BBO# 646844
Michael C. Gilleran, BBO #192210
Brian R. Birke, BBO # 652720
Eduardo Gonzalez, BBO# 658348
Adler, Pollock & Sheehan P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
(617) 428-0600
aweisberger@apslaw.com
mgilleran@apslaw.com
bbirke@apslaw.com
egonzalez@apslaw.com

**ATTORNEYS FOR DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**

/s/ William E. Hilton
William E. Hilton, BBO# 559515
Matthew E. Connors, BBO# 557105
Gauthier & Connors LLP
225 Franklin Street, Suite 2300
Boston, MA 02110
(617) 426-9180
whilton@gc-law.com

**ATTORNEYS FOR PLAINTIFFS ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED**

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to persons indicated as non-registered participants on July 15, 2010 by First Class Mail.

    /s/William E. Hilton
    William E. Hilton